**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

**NOT DESIGNATED FOR PUBLICATION**

Catherine Louise Stagg
Attorney at Law
426 Kirby Street, Suite A
Lake Charles LA 70601

**REHEARING ACTION: April 30, 2008**

**Docket Number: 07   01279-CW**

**K. A. E. M.**
**VERSUS**
**J. M. C., BORN H.**

**Writ Application from Calcasieu Parish Case No. 2005-3245**

**BEFORE JUDGES:**

> **Hon. Marc T. Amy**
> **Hon. J. David Painter**
> **Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **J. M. C., born H.** has this day been

> **DENIED.**

cc: Macie R. LeTard, Counsel for  the Respondent